No. 10–7851. OPARAJI *v.* ATLANTIC CONTAINER LINE ET AL. C. A. 2d Cir.; and

No. 10–8150. COHEN v. FEDERAL EXPRESS CORP. C. A. 2d Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 15, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court. JUSTICE SOTOMAYOR took no part in the consideration or decision of these motions.